# UNITED STATES DISTRICT COURT
## for the
### Eastern DISTRICT OF Pennsylvania

Joseph O. Boggi D.O., )
)
       Plaintiff )
)
v. )
)  Case No. 08-4941
Medical Review and Accrediting Council )
)
Larry Downs Esq Director )
Joe Sokolowski M.D. President )
Two Princess Road
Lawrenceville, NJ

Institute for Physician Education
Andrea Ciccone Director IPE
Scott Manneker M.D. consultant

National Board of Medical Examiners
Richard Hawkins M.D. VP NBME ( since moved )
Donald Melnick M.D. President
3750 Market Street
Philadelphia Pennsylvania, 19104
215-590-9772

UMDNJ
and the un-named "consultant"
65 Bergen Street, Newark, NJ 08854,
Defendant(s)



FILED
FEB 25 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## NOTICE OF APPEAL

Notice is hereby given that Joseph O. Boggi D.O., plaintiff in the above named case against MRAC et al (all defendants), hereby appeal to the United States Court of Appeals for the Third Circuit from the final judgment, of the United States District Court Eastern District entered in this action on January 26, 2010.

Date: February 24, 2010

Joseph O. Boggi D.O.
Internal Medicine
1207 Ballard Street
Silver Spring, Maryland 20910
joboggi@pol.net
240-330-6837

# UNITED STATES DISTRICT COURT
### for the
### Eastern DISTRICT OF Pennsylvania

| | |
|---|---|
| Joseph O. Boggi D.O., <br><br> Plaintiff <br><br> v. <br><br> MRAC et al, <br><br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 08-4941 <br> ) <br> ) <br> ) |

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: /s/ Joseph Boggi

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: __February 24, 2010__

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 550 | $ | $ 550 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 550 | $ | $ 550 | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| none | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $100 and change. Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | checking | $ 100 and change | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ NA | (Value) $ NA | (Value) $ | 0 |
| | | Make and year: | |
| | | Model: | |
| | | Registration #: | |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|

| (Value) $ | (Value) $ | (Value) $ |
|---|---|---|
| Make and year: | Personal Items? | |
| Model: | Computer　? | |
| Registration #: | Camera　? | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| NA | | |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?　　[ ] Yes [X] No<br>Is property insurance included?　　[ ] Yes [X] No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 100 | $ |

| | | |
|---|---|---|
| Home maintenance (repairs and upkeep) | $ 40 | $ |
| Food | $ 250 | $ |
| Clothing | $ 20 | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ 65 | $ |
| Transportation (not including motor vehicle payments) | $ 40 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 15 -25 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 0 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ |
|     Credit card (name): | $ 0 | $ |
|     Department store (name): | $ 0 | $ |
|     Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): | $ 0 | $ |
| **Total monthly expenses:** | $ 550 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    [ ] Yes      [XX] No      If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* [ ] Yes XX No

    *If yes, how much?* $ _____
    *If yes, state the attorney's name, address, and telephone number:*

11. *Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?* [ ] Yes [XX] No

    *If yes, how much?* $ _____
    *If yes, state the person's name, address, and telephone number:*

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    *I have no means of income. It is all gifted.*

13. *State the [city and state] of your legal residence.* Silver Spring, Maryland 20910

    Your daytime phone number: (240) 330-6837

    Your age: 52   Your years of schooling: 24

    [Last four digits of] your social-security number: 5853

United States District Court
Eastern District of Pennsylvania

Joseph O. Boggi D.O.                                 Case No. 08-4941
Internal Medicine                                  Civil Action

v

Medical Review and Accrediting Council, et al.

Certificate of Service

I, Joseph O. Boggi D.O. hereby certify that the filing Memorandum regarding the Notice of Appeal to ALL defendants by email on this date.

They were also notified that the filing could be found on the ECF in due course.

_[signature]_

Joseph O. Boggi D.O.
Internal Medicine
1207 Ballard Street
Silver Spring, Maryland 20910

240-330-6837

October 19, 2009