JOSEPH O BOGGI, D.O.,

                    Appellant

v.

MEDICAL REVIEW AND ACCREDITING COUNCIL; LARRY DOWNS, Esq; JOE SOKOLOWSKI, M.D.; INSTITUTE FOR PHYSICIAN EDUCATION; ANDREA CICCONE, Director; SCOTT MANNEKER, M.D.; NATL BD MED EXAMINER; RICHARD HAWKINS, M.D.; DONALD MELNICK, M.D.; UMDNJ, and the Unamed Consultant all parties are sued both individually ans as agents of their respective organizations.