# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-1619

Joseph O. Boggi vs. Medical Review and Accrediting Council, et al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:
Institute for Physician Education, Andrea Ciccone, Scott Manaker, M.D., National Board of Medical Examiners, Richard Hawkins, M.D. and Donald Melnick, M.D.

Indicate the party's role IN THIS COURT (check *only* one):

_____ Petitioner(s)   _____ Appellant(s)   _____ Intervenor (s)

_____ Respondent(s)   ✓ Appellee(s)   _____ Amicus Curiae

(Type or Print) Counsel's Name: Neil J. Hamburg

✓ Mr.   Ms.   Mrs.   Miss

Firm: Hamburg & Golden, P.C.

Address: 1601 Market Street, Suite 3310

City, State, Zip Code: Philadelphia, PA 19103

Phone: (215) 255-8590   Fax: (215) 255-8583

**Primary E-Mail Address (required)**: hamburgnj@hamburg-golden.com

**Additional E-Mail Address (1)**: vortersnd@hamburg-golden.com
**Additional E-Mail Address (2)**:

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** /s/ Neil J. Hamburg

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09