## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-1619

Joseph O. Boggi, D.O.,   vs.   Medical Review and Accrediting Council, et al.

### ENTRY OF APPEARANCE

Please list name of **all** parties represented, using additional sheet(s) if necessary:

UMDNJ and unnamed consultant

Indicate the party's role IN THIS COURT (check <u>only</u> one):

_____ Petitioner(s)   _____ Appellant(s)   _____ Intervenor(s)

_____ Respondent(s)   XXX  Appellee(s)   _____ Amicus Curiae

(Type or Print) Counsel's Name   Mrs. Kerri E. Chewning
                                  Mr.      Ms.      Mrs.      Miss

Firm   Archer & Greiner

Address   One Centennial Square

City, State, Zip Code   Haddonfield, NJ 08033

Phone   (856) 616-2685   Fax   (856) 795-0574

**Primary E-Mail Address (required)**   kchewning@archerlaw.com

**Additional E-Mail Address**   gmascio@archerlaw.com
Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses.

**SIGNATURE OF COUNSEL:**  _/s/ Kerri E. Chewning_

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARNACE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARNCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 05/05/08

5379990v1