# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**Case Number:** 10-1619

**Case Name:** Joseph O. Boggi D.O. v MRAC et al

Motion for Extension of Time

1. Based on my reading of the rules, short extensions of time are granted commonly. I am both withdrawing ( see Motion 2 in packet ) and requesting an extension of time. The extension of time I am requesting is just TWO days. I am withdrawing a request for a five day extension of time, in order to answer the defendants. ( See Motion 2 in the packet. )

2. My civilian calculation led me to set my cell phone calendar alarm for today at 9 AM. Third Circuit Brief Due. It is available for inspection. It seems that was incorrect, and so I am requesting a brief extension of time.

3. This case is more important to many others who come after me, then to me alone, so I am hoping that you can grant this extremely short extension of time.

4. When I wrote Motion #2 this morning, I had no idea that I would be withdrawing it. I sent it off to be bound.

Respectfully Submitted

Joseph O. Boggi D.O.
Internal Medicine
1207 Ballard Street
Silver Spring, Maryland 20910

240-330-6837

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**Case Number:** 10-1619

**Case Name:** Joseph O. Boggi D.O. V. MRAC et al.

Motion for Extension of Time to Respond to the Defendants Response.

I am facing THREE separate filings by the Defense. The normal time for a response is TEN DAYS, according to my research to date. Given that I am a civilian, I am asking for five days each in which to respond to the defendants, or a total of 15 days from the date of their LAST filing. Being somewhat familiar with the proceedings of the Court, I expect them to all respond on the same day.

Respectfully Submitted

Joseph O. Boggi D.O.
Internal Medicine
1207 Ballard Street
Silver Spring, Maryland 20910

240-330-6837

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**Case Number:** 10-1619

**Case Name:** Joseph O. Boggi D.O. v MRAC et al

Contents
1. Motion
2. Motion - withdrawn
3. Motion
4. Informal Brief to the Third Circuit

Attachments
5. Revised Pleading dated Sept 9
6. Motion for Reconsideration
7. Answer to UMDNJ Jan 2010

Hand delivered June 3rd, 2010