# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

RECEIVED
JUN - 4 2010
U.S. C.A. 3rd

Case Number: 10 - 1619

Case Name: Joseph O. Bossi D.O., v HRAC et al

**Motion for appointment of counsel for Pro Se, In Forma Pauperis litigant.**

According to the rules, the Court may appoint Counsel in cases of complex Civil Rights litigation, such as this. It does so, especially in cases where it is difficult for the litigant to state a case according to the rules. Most importantly, this case will ALSO affect EVERY doctor who comes through the program administered by the defendants.

It is incumbent upon the Medical establishment to offer a clear, path back to practice for Physicians out of practice, for ANY reason. This group takes care of that. That path should be transparent, and if properly completed SHOULD lead back to the practice of Medicine. In this case, and TO THIS DAY, this group continues to refuse to be transparent in regards to the nature of these tests. That can lead to a number of things. Firstly, it can lead to enormous retraining expense, which could preclude retraining. In my case, it was repeated, this is going to be VERY expensive. To that end, I did my best to actually find out what was going on. As a result, I did well in the testing. That led to shenanigans which are being proffered as a reason NOT to retrain me in medicine. This will continue to go on, if this group is found to be innocent solely because I am not able to represent myself in an adequate manner.

According to Martin A. Schwartz in Section 1983 Litigation: Claims and Defenses. It is rare for cases such as mine to be heard by the Court. I submit that is proof of discrimination. That such a LOW percentage of cases of this type are heard means that the Court in general does not wish to deal with non lawyers. I believe that I have stated a claim, in several ways, but frankly, have no independent way to professionally assess that, other than the words of the District Court judge, who disagrees.

While I am trying to help myself, and those around me, I would NOT want to do harm to those who come after me. In fact, since this journey began, I have landed here, MOSTLY because I have wanted to leave things better than I found them. It is people like me, who risk everything, that the Court SHOULD be interested in hearing. Hearing them with Professional representation will lead to one thing. The most important thing, frankly. More things will be done correctly the first time, at MRAC, UMDNJ, FSMB, NBME, and in the state boards around the country who will be affected by a ruling in my favor in this case.

Please note that in the name of consistency, I used the heading provided in the INFORMAL BRIEF pdf in this motion and other filings.

Cases that support this request. Martin A Schwartz Claims and Defenses Chapter on Pro Se litigant. I am sure that you know the cases in detail. I will not take up your time by trying to pretend that I am maneuvering at your level.


Respectfully Submitted


Joseph O. Boggi D.O.
Internal Medicine
1207 Ballard Street
Silver Spring, Maryland 20910

240-330-6837