# UNITED STATES COURT OF APPEALS
# FOR THE
# THIRD CIRCUIT

**Case Number: 10-1619**

**Case Name: Joseph O. Boggi D.O. v MRAC et al**



RECEIVED JUN - 4 2010 U.S. C.A. 3rd

Motion in favor of Special Master as per rule 48 F.R.A.P.

First of all, whenever I do this, people get upset. It also usually hurts my efforts to reinstate myself into medicine, and frankly, life in general. Be that as it may, it is the correct thing to do. When I read the Federal Rules of Appellate Procedure in detail, I came across this rule. While I do not in any way claim to have read those rules at the level of an attorney, the rule seemed clear to me. Hence my request. I do realize that this rule seems CONTRARY to some things I have read about the Appellate procedure. ( In that in some locations, it is said that the Appeals court will not be looking into any "new" facts ) Nevertheless, Rule 48 is published.

I request the appointment of a special master under rule 48 F.R.A.P. to look into the manslaughter, and its cover up. ( Sushama Sreekumar M.D.) Exhibit 12. In addition, the court SHOULD be interested in looking into the dealing of drugs, selling of expensive antibiotics by David Halterman M.D., and the mental health of one Thomas Dooley M.D. I can only hope that he has recovered since I last saw him. It remains VERY unlikely that he improved his general habits in the office, which are FAR below that necessary to safely practice medicine. You need to write a minimal amount of things on the chart, and that almost never happened, in the office. ( At the hospital, he always wrote enough on the chart, avoided doing much to his patients, and consulted almost everything out. ) In addition, there is NO way that Dr. Dooley would have passed the battery of tests that I took ( and passed ). As a result, he just consults, so often you would think he has stock in the paper company that prints those forms. I will only reveal the drug dealer in closed session. Things being what they are, that has to be approached carefully, or they will just stop doing it, leaving little trace in their path. The Special Master should also investigate the FAILURE to investigate these issues in the past. It should be noted that ALL of these people have a VESTED interest in propagating the lies that they did. And when he testified Thomas Dooley, M.D. WAS truly afraid of me, because he knew, and knows that I am actually a whistleblower. That was the one portion of his testimony that was true.

These matters remain AT the heart of this case. Those who WERE supposed to properly dispose of these matters did just ONE thing. They retaliated against ME and those who supported me. To wit, MY doctor in the US Army, one Ron Koshes M.D. the Assistant Chief of Psychiatry at Walter Reed Army Medical Center was relieved when he refused to put the correct diagnosis on the chart. HIS boss, the Chief of Psychiatry Joe Fagan M.D. ( a man that I never met ) was ALSO relieved for the same reason by the Command at Walter Reed. Gen Blanck.

I close with this. SHOULD you be fortunate to advance to the next level in your field, YOU will LIKELY come under the care of doctors who were DIRECTLY in the middle of this cover up. You do NOT want that. They are remarkable doctors, but after that, things fall off very fast.

Respectfully Submitted,

Joseph O. Boggi D.O.
Internal Medicine
1207 Ballard Street
Silver Spring. Maryland 20910

240-330-6837