The United States Court of Appeals for the Third Circuit

Joseph O. Boggi D.O.                              Civil case number 10-1619

v

MRAC et al

Memorandum in support of brief extension of time.

1. I planned to take the entire month of May to get to the next level in my understanding of this case. During that time, I am sure I would have discovered my mistake.

I was on crutches during all this time. I had fallen on the ice. It took an eternity to get care at the VA. I had to fight to get more care, and THEN I could barely afford to go to PT. I also took three sets of two shots each. When I would not heal they ordered a second set of tests. With money short, I started the month behind on my utilities. The taxi service became familiar with me. I put SOME of that on my parents card. I kid you not. I spent MUCH more time than I ever imagined in 8 / 10 pain. I got off crutches only a couple of days ago.

I can't tell you how draining it was to fight to get enough care. I did begin to make progress, FINALLY, and exercised my way out of most of the pain. My activity level which had been 90% of normal prior to the fall, went into the toilet. I could not sleep, I could BARELY move, and I had no energy.

It should be noted that I did NOT put in a lawsuit for this, in order to get paid.

2. I've been in crisis mode for another reason. I lost a month of rent. I make money by renting rooms in the house, which I no longer own. The total does NOT cover the entire rent. So whenever a room comes open it is an emergency. A 6 year resident moved out in early April. That set in motion the rent the house flog. Please do not be little this effort. First of all, the previous tenant wore out the room. Secondly, we had a roof pipe collar leak over the kitchen in the early Spring. So the room and the kitchen needed paint. That involved more expense, for my brother.

I rushed to get the painting done, before I could rent the room. 50% of those I called did not respond. I log these things, I had a full page of calls and estimates and what not. I posted it on our local list serve. The room finally got painted in the last days of April, around the time your notice arrived. That is actually a fast turn around.

3. I spent the month renting the room. This is a daily grinding full time process under normal circumstances.  When the room is not rented, there is next to no money. AND I have to pay half the utilities instead of one fourth. I got behind in the utilities, by one full month. **Because of the pain, I would stand there bending over, many times, while a perspective tenant looked at the room. I was a site, and many people  just bolted.**

The United States Court of Appeals for the Third Circuit

Joseph O. Boggi D.O.

v

MRAC et all

civil case 10-1619

Proof of Service

A copy of the Memorandum in support of a brief extension of time was emailed to the following parties. Mr. Pullano, Ms. Chewning, and Mr. Sacks, attornies for the defense on this date.

                              Respectfully Submitted

                              Joseph O. Boggi D.O.
                              Internal Medicine
                              1207 Ballard Street
                              Silver Spring, Maryland 20910

                              240-330-6837