UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **10-1619**

Boggi v. Medical Review and Accrediting Council

To:  Clerk

1) Motion by Appellant for Extension of Time to File Brief and Appendix

2) Motion by Appellant for Appointment of Counsel

3) Motion by Appellant in Favor of Special Master

4) Memorandum in Support of Appellant's Motion for Extension of Time to File Brief and Appendix

---

The foregoing motions and memorandum are considered.  Appellant's motion for extension of time to file brief and appendix is construed as a motion for leave to file brief and appendix out of time.  So construed, the motion is granted with filing as of the date of this order.  Appellant's motions for appointment of counsel and for appointment of special master are referred to the merits panel.  Appellees' briefs must be filed and served within 30 days of the date of this order.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: June 16, 2010

trg/cc: Joseph O. Boggi
      Joseph Goldberg, Esq.
      Michael B. Pullano, Esq.
      Neil J. Hamburg, Esq.
      Michael E. Sacks, Esq.
      Kerri E. Chewning, Esq.
      John C. Connell, Esq.