NO. 10-1619

———————

IN THE UNITED STATES COURT
OF APPEALS FOR THE THIRD CIRCUIT

———————

JOSEPH O. BOGGI

*Appellant*

v.

MEDICAL REVIEW AND ACCREDITING COUNCIL, ET AL

*Appellees*

———————

**MOTION OF APPELLEES NATIONAL BOARD OF MEDICAL EXAMINERS, INSTITUTE FOR PHYSICIAN EDUCATION, ANDREA CICCONE, SCOTT MANAKER, M.D., RICHARD HAWKINS, M.D. AND DONALD MELNICK, M.D. FOR LEAVE TO SUBMIT SUPPLEMENTAL APPENDIX**

———————

Appeal from the Orders of Schiller, J., entered January 26, 2010, and September 15, 2009, in the United States District Court for Eastern District of Pennsylvania, No. 08-CV-4941.

———————

NEIL J. HAMBURG
MICHAEL E. SACKS
HAMBURG & GOLDEN, P.C.
1601 Market St., Suite 3310
Philadelphia, PA 19103-1443
(215) 255-8590

Counsel for Appellees
National Board of Medical
Examiners, Institute for Physician
Education, Andrea Ciccone, Scott
Manaker, M.D., Richard Hawkins,
M.D. and Donald Melnick, M.D.

Appellees, National Board of Medical Examiners, Institute for Physician Education, Andrea Ciccone, Scott Manaker, M.D., Richard Hawkins, M.D. and Donald Melnick, M.D. (collectively the NBME-IPE defendants), submit this Motion for Leave to Submit a Supplemental Appendix, and in support state as follows:

1. Plaintiff/Appellant Dr. Joseph O. Boggi acted *pro se* in the District Court and is *pro se* in this appeal. He is also proceeding *in forma pauperis*.

2. Dr. Boggi did not designate any parts of the record for an appendix, and did not submit an appendix with his brief for appellant.

3. For the convenience of the Court, the appellees have jointly prepared a Supplemental Appendix, and refer to the Supplemental Appendix in each of their briefs.

4. The Supplemental Appendix consists of the District Court dockets, the complaint and amended complaint, the District Court's orders and opinion, and selected additional documents that the appellees refer to in their briefs and that the Court may wish to review.

5. A copy of the Supplemental Appendix is being served on Dr. Boggi along with the brief for appellees submitted on behalf of the NBME-IPE defendants.

WHEREFORE, on behalf of all appellees, the NBME-IPE defendants respectfully request that the Court grant leave to file the Supplemental Appendix.

RESPECTFULLY SUBMITTED,

/s/ Michael E. Sacks
NEIL J. HAMBURG
MICHAEL E. SACKS
I.D. Nos. 32175 and 39774
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103-1443
(215) 255-8590

Counsel for Appellees
National Board of Medical
Examiners, Institute for Physician
Education, Andrea Ciccone, Scott
Manaker, M.D., Richard Hawkins,
M.D. and Donald Melnick, M.D.

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Leave to File a Supplemental Appendix has been filed electronically, and that on July 16, 2010, a copy of motion is being served by regular mail the individuals identified below:

>Joseph O. Boggi, *Pro Se*
>1207 Ballard Street
>Silver Spring, MD 20910
>
>Michael Pullano, Esquire
>Caleb Wheeler, Esquire
>Weber Gallagher Simpson Stapleton Fires
>  & Newby LLP
>2000 Market Street, Suite 1300
>Philadelphia PA 19103
>
>Kerri E. Chewning, Esq.
>Archer & Greiner, P.C.
>One Centennial Square
>Haddonfield, NJ 08033

>/s/ Michael E. Sacks
>MICHAEL E. SACKS