UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **10-1619**

Boggi v. Medical Review and Accrediting Council

To:  Clerk

1) Motion by Appellees National Board of Medical Examiners, Institute for Physician Education, Andrea Ciccone, Scott Manaker, Richard Hawkins, and Donald Melnick for Leave to File Supplemental Appendix

---

The foregoing motion is granted with filing as of July 19, 2010.  It should be noted that in the event Appellees are entitled to costs at the conclusion of the appeal, Appellees will not be able to recover costs for any documents which may be included in the supplemental appendix which are duplicative of documents attached to Appellant's brief.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:    July 26, 2010
EMA/cc:   All Counsel of Record
          Mr. Joseph O. Boggi