In the United States Court of Appeals
For the Third Circuit

Joseph O. Boggi D.O.
Internal Medicine

V

MRAC et al.

10-1619



Motion to file a supplemental reply brief

After speaking with Taleah Renee Grimmage I **was** working on my SECOND and THIRD reply briefs. Given that the appellees filed on July 19th, I have a deadline of August 1st to file those **TWO** briefs.

I already filed a response to the FIRST appellee's brief on July 19th. That party, had filed his response on July 9th. And so after speaking with your clerk, I was told I had a deadline for that first response brief. I filed that one a couple of days early.

**HOWEVER, I JUST** called the Clerk of the Court to confirm that August 1st reply date, and Taleah sent me to Erica, whose initials are ema. According to Erica, I can only file ONE reply brief, and it can only be 15 pages, and 7000 words long.

**The notion that I was NOT bound to reply to each appellee is NEW to me. In fact, in the District Court, I asked to do just that, and was refused.** According to Erica, I am required to request a supplemental reply brief. I am doing so. It should be noted that IF I had been told to WAIT, and NOT respond to the FIRST appellee, I would have done so.

Given that each appellee has their own issues, I am requesting this supplemental reply brief. I am not sorry that I sent the first reply brief, I did so with great care. I pray that you allow the so called, Supplemental Brief, since this will be my ONLY opportunity to reply to the second and third appellees. I do realize that this will be ONE document, not to exceed 7000 words. I will be working on it, and you will have it on August 1st. That will be two weeks after the filing of the responses by the second and third appellees.

Joseph O. Boggi D.O.
1207 Ballard Street
Silver Spring, Maryland 20910
240-330-6837

July 26, 2010

## CERTIFICATE OF SERVICE

I, Jospeh O. Boggi D.O. Internal Medicine, do hereby certify that a true and correct copy of this motion was served via the Court's Electronic Filing System, on the date indicated below, on the following counsel of record:

*[signature]*

Joseph 0. Boggi, D.O
1207 Ballard Street
Silver Springs, MD 20910
*Pro Se Plain tiff July 25, 2010*

240- 330- 6837

Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Suite 3310
Philadelphia, PA 19103

Kern E. Chewning, Esq.
Archer & Greiner
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033

Joseph Goldberg, Esquire
Michael B. Pullano, Esquire
2000 Market Street, 13th Floor
Philadelphia, PA 19103
(215) 972-7900
(215) 564-7699 _fax
goldberg(~wg1aw.com
mpullanoc~wg1aw.com
Attorneys for Appellees,