

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Case No. 10-1619

JOSEPH O. BOGGI, D.O.
                Appellant,

v.

MEDICAL REVIEW AND ACCREDITING COUNCIL, LARRY DOWNS, ESQUIRE, JOE SOKOLOWSKI, M.D., INSTITUTE FOR PHYSICAL EDUCATION, ANDREA CICCONE, SCOTT MANEKER, M.D., NATIONAL BOARD OF MEDICAL EXAMINERS, RICHARD HAWKINS, M.D., DONALD MELNICK, M.D., UMDNJ, AND UNNAMED CONSULTANT
                Appellees.

Regarding request for supplemental brief: I've interpreted your note in the following manner. I was told that you will rule on my request August 9. I appreciate that. I stand ready to send you the supplemental brief on very short notice. I could have sent it with this mailing. I am used to getting permission and then doing things.

Joseph O. Boggi D.O.
Internal Medicine

## CERTIFICATE OF SERVICE

I, Jospeh O. Boggi D.O. Internal Medicine, do hereby certify that a true and correct copy of Appellant's answer was served via the Court's Electronic Filing System, on the date indicated below, on the following counsel of record:

Joseph 0. Boggi, D.O
1207 Ballard Street
Silver Springs, MD 20910
*Pro Se Plain tiff*

Michael E. Sacks, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Suite 3310
Philadelphia, PA 19103

Kern E. Chewning, Esq.
Archer & Greiner
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033

Joseph Goldberg, Esquire
Michael B. Pullano, Esquire
2000 Market Street, 13th Floor
Philadelphia, PA 19103
*(215) 972-7900*
*(215) 564-7699* fax
goldberg(~wg1aw.com
mpullanoc~wg1aw.com
**Attorneys for Appellees,**

Case: 10-1619    Document: 003110245010    Page: 4    Date Filed: 08/09/2010