UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>10-1619</u>

Boggi v. Medical Review and Accrediting, et al.

To:  Clerk

1) Motion by Appellant to File Supplemental Reply Brief;

2) Appellant's Corrected Motion to File Supplemental Reply Brief;

3) Appellant's Supplement to Motion to File Supplemental Reply Brief

---

The foregoing motions are referred to the merits panel.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated:  August 11, 2010

mw/cc:    Mr. Joseph O. Boggi, D.O.
Joseph Goldberg, Esq.
Michael B. Pullano, Esq.
Neil J. Hamburg, Esq.
Michael E. Sacks, Esq.
Kerri E. Chewning, Esq.
John C. Connell, Esq.

.