OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



Joseph O Boggi
Kerri E. Chewning Esq.
John C. Connell Esq.
Joseph Goldberg Esq.
Neil J. Hamburg Esq.
Michael B. Pullano Esq.
Michael E. Sacks Esq.

RE: Joseph O. Boggi v. Medical Review and Accrediting, et al
Case Number: 10-1619
District Case Number: 2-08-cv-04941

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Tuesday, January 18, 2011.** This means your presence will not be required.

Very truly yours,

Marcia M. Waldron, Clerk

By:
Patrick A. McCauley, Jr.,
Assistant Calendar Clerk
267-299-4932

MMW/PM

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel:
**FUENTES, GREENAWAY, Jr., and ROTH , Circuit Judges.**