UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1619
_____

JOSEPH O. BOGGI, D.O.,
                            Appellant

v.

MEDICAL REVIEW AND ACCREDITING COUNCIL; LARRY DOWNS, Esq.;
JOE SOKOLOWSKI, M.D.; INSTITUTE FOR PHYSICIAN EDUCATION;
ANDREA CICCONE, Director; SCOTT MANNEKER, M.D.;
NATL BD MED EXAMINER; RICHARD HAWKINS, M.D.;
DONALD MELNICK, M.D.; UMDNJ, and the Unnamed Consultant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 08-4941)
District Judge: Honorable Berle M. Schiller
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 18, 2011

Before:  FUENTES, GREENAWAY, JR. and ROTH, Circuit Judges

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 18, 2011. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered January 27, 2010, be and the same is hereby affirmed. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

          ATTEST:
          <u>Marcia M. Waldron</u>
          Clerk

DATED: 2/23/2011