OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

**UNITED STATES COURT OF APPEALS**
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 21, 2011

Mr. Michael Kunz
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106-1797

RE: Joseph O. Boggi v. Medical Review and Accrediting, et al
Case Number: 10-1619
District Case Number: 2-08-cv-04941

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of
the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a
formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment
or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Tarean Renee Crummage/Case Manager
267-299-4251

cc:     Joseph O Boggi
        Kerri E. Chewning, Esq.

John C. Connell
  Joseph Goldberg, Esq.
  Neil J. Hamburg, Esq.
  Michael B. Pullano, Esq.
  Michael E. Sacks, Esq.